OPINION OF THE COURT
Memorandum.
The order of the Appellate Division should be affirmed, with costs.
Petitioner’s sole contention on this appeal is that the pen *1007 alty of dismissal from her position as a tenured high school teacher is excessive. However, in light of the affirmed findings of incompetent and inefficient service in this case, we cannot say, as a matter of law, that the sanction of dismissal was inappropriate. (Matter of Pell v Board of Educ., 34 NY2d 222.)
We recognize that, in consequence of the by-law provision cited by the dissenter, the action of the board of education will work a dismissal of appellant from the entire New York City public school system. Nonetheless, although in one view this result may appear harsh, to decline to uphold the determination would be to force the board of education to continue to employ a teacher who has been found, after a hearing, to be incompetent.